IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BLAKENEY, | ) Civil Action No. 2:23-cv-01986 |
| *Plaintiff*, | ) Judge Cathy Bissoon |
| v. | ) |
| ALARMCO, INC., | ) Filed Electronically |
| *Defendant*. | ) |

## MOTION FOR ENTRY OF DEFAULT JUDGEMENT UPON HEARING PURSUANT TO Fed. R. Civ. P. 55(b)(2)

Plaintiff, Michael Blakeney, by and through his undersigned counsel, files this Motion for Entry of Default Judgment Upon Hearing Pursuant to Fed. R. Civ. P. 55(b)(2), averring as follows:

1. Plaintiff, Michael Blakeney, initiated this action on November 16, 2023, by filing a Complaint. (ECF 1).

2. Thereafter, on January 3, 2024, Plaintiff filed the Return of Service of Summons showing service of process on Defendant, Alarmco, Inc., was effectuated on December 21, 2023. (ECF 4).

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A(i)[1], Defendant's Answer to the Complaint was due by January 11, 2024.

4. As of the date of this filing, February 7, 2024, Defendant has not filed a responsive pleading.

---

[1] Federal Rule of Civil Procedure 12(a)(1)(A(i) provides that, "a defendant must serve an answer. . . within 21 days after service of the summons or complaint. . . ." Fed. R. Civ. P. 12(a)(1)(A(i).

5. Plaintiff filed a Request to Enter Default against Defendant on February 7, 2024. (ECF 6).

6. As a result of Defendant's failure to file an Answer to the Complaint within the time prescribe by Fed. R. Civ. P. 12(a)(1)(A(i), Plaintiff requests the Court schedule a hearing in accordance with Fed. R. Civ. P. 55(b)(2) to determine the amount of damages due to Plaintiff.

7. Further, upon determination and calculation of damages, Plaintiff requests this Court enter default judgment against Defendant pursuant to Fed. R. Civ. P. 55(a)-(b).

8. A proposed Order specifying the relief requested herein is attached.

WHEREFORE, Plaintiff requests this Honorable Court grant this Motion for Entry of Default Judgment Upon Hearing Pursuant to Fed. R. Civ. P. 55(b)(2) and schedule a hearing for determination of the amount of judgment to be entered against Defendant in accordance with Fed. R. Civ. P. 55(b)(2).

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

Date: February 7, 2023   By:   *s/Lindsay M. Offutt*
Kyle H. Steenland, Esq. (Pa. I.D. No. 327786)
Lindsay M. Offutt, Esq. (Pa. I.D. No. 327434)

The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.9592
Facsimile: 412.910.7510
kyle@workersrightslawgroup.com
lindsay@workersrightslawgroup.com

*Counsel for Plaintiff*